PD-0515&0516-15

FIFTH COURT OF APPEALS
05-13-01558-CR
05-13-01559-CR

MORRIS JONES, APPELLANT
V.
STATE OF TEXAS, APPELLEE

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

CRIMINAL DISTRICT COURT NO. 3
DALLAS COUNTY, TX
NOS. F-1262863 & F-1300351

MOTION FOR ADDITIONAL TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

MORRIS JONES
P.O. BOX 9000
HENDERSON, TX 75653
PRO SE

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

APPELLANT MORRIS JONES MOVES TO FILE A MOTION TO EXTEND THE TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW.

1. APPELLANT REQUESTS THAT THIS COURT GRANT HIS MOTION AND CITES THE FOLLOWING REASONS WHY IT IS NECESSARY:

2. FIRST, THE RECORD ON APPEAL IN THIS CASE IS EXCEPTIONALLY LENGTHY.

3. SECONDLY, APPELLANT NEEDS ADDITIONAL TIME FOR TRANSITION FROM STATE APPOINTED COUNSEL TO PAID COUNSEL.

4. THIS MOTION IS NOT FILED FOR PURPOSES OF DELAY, BUT SO THAT JUSTICE MAY BE SERVED.

PRAYER

APPELLANT PRAYS THAT THIS MOTION FOR ADDITIONAL TIME TO FILE A PETITION FOR DISCRETIONARY REVIEW BE GRANTED.

RESPECTFULLY SUBMITTED
MORRIS JONES -1894912
P.O. BOX 9000
HENDERSON, TX 75653
PRO SE